IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

QUINTON PETERSON,

                Petitioner,

v.                                                    CIVIL ACTION NO. 3:24-0116

JONATHAN FRAME, Superintendent,
Mount Olive Correctional Complex

                Respondent.

**MEMORANDUM OPINION AND ORDER**

      This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court deny Petitioner's Letter-Form Motion to Excuse Exhaustion Requirement (ECF No. 7) and dismiss without prejudice Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 and Continuation/Additional Documentation in support thereof (ECF Nos. 1 & 5), and this civil action from the docket of the Court. No objections to the Magistrate Judge's findings and recommendation have been filed.

      Accordingly, consistent with the findings and recommendation, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Petitioner's Letter-Form Motion to Excuse Exhaustion Requirement (ECF No. 7) and **DISMISSES without prejudice** Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C.

-2-

§ 2254 and Continuation/Additional Documentation in support thereof (ECF Nos. 1 & 5), and this civil action from the docket of the Court.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: March 2, 2026

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE